■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD WILLIAMS, Appellant. [833 NYS2d 422]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Weber, J.), imposed February 24, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Spolzino, J.P., Florio, Covello and Dickerson, JJ., concur.